# Patricia M. Wagner, CSR

P.O. Box 760
Weimar, Texas  78962
Tel.  361.772.0630
pattiwagcsr@gmail.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

1/7/2015 7:57:23 PM

KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE REPORTER'S RECORD

January 7, 2015

Court of Appeals Number: 04-14-00800-CR

**Trial Court Number:** 12-1160-CR

Trial Court Style:  State of Texas v. Whitney Elizabeth Knowlton

County and District Court from which appeal is taken:  Guadalupe County

I am the official court reporter responsible for preparing part of the reporter's record in the above-mentioned appeal.  The approximate date(s) of proceeding(s) was/were: **UNKNOWN**

I anticipate the length of the record to be**: UNKNOWN**

I am unable to file the record by the due date because of the following reason(s):

X The appellant has failed to order the record.

__The appellant failed to order the record timely.

__The appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

__Preparation of reporter's record ordered prior to the instant one precludes completion of this record by said due date.  My required monthly status report showing records requested is on file with the 1st, 13th, 14th, and 4th Courts of Appeals Clerks.

X  Other:  This reporter has not been contacted by the appellate attorney.  After talking with the Court Coordinator, she gave me the name of Sam Lock who she believes was retained for the appeal but was not sure.  This reporter is in the process of calling Mr. Lock to confirm this information and to ask him to send me a Designation of Record as soon as possible so this reporter knows what records to prepare.  Please feel free to call me with any questions.

I anticipate the record will be completed by:  February 6, 2015

I, Patricia M. Wagner, certify that I sent copies of this Notice by regular mail or fax to the attorneys for the parties.

Date:___1/7/2015_____ Signature:_____/s/ PATRICIA WAGNER, CSR

CC:  Guadalupe County District Clerk

25th Judicial District Attorney's Office/Ms. Hines